Opinion issued June 5, 2025



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-01019-CV**

———————————

**DESTINO ENERGY LLC AND DESTINO OCCIDENTAL LLC, Appellants**

**V.**

**LRH ENERGY CAPITAL LLC, LRH ENERGY N&F HOLDINGS LLC, LRH ENERGY NFB FUNDS HOLDCO LLC, LRH ENERGY Z FUND 1 LP, LRH LOAN 2 LLC, LRG SIEGEL SPV 1 LLC, LRH ENERGY HYBRID RISK FUND 1 LP, JANETTE CONRADSON, HEIDI KUZMA, AND RICHARD KAUFMAN, Appellees**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-20277**

**MEMORANDUM OPINION**

Appellants, Destino Energy LLC and Destino Occidental LLC, filed a notice

of appeal from the trial court's September 30, 2024 judgment. In addition to the

notice of appeal of appellants, appellee, LRH Energy Capital LLC, filed a "Notice of Conditional Cross-Appeal," appealing "if (and only if) the Court of Appeals alters the trial court's judgment by reinstating" appellants' claims.

On April 17, 2025, the court abated this appeal and referred the parties to mediation. On May 8, 2025, appellants and appellees, LRH Energy Capital LLC, LRH Energy N&F Holdings LLC, LRH Energy NFB Funds HoldCo LLC, LRH Energy Z Fund 1 LP, LRH Loan 2 LLC, LRH Siegel SPV 1 LLC, LRH Energy Hybrid Risk Fund 1 LP, Janette Conradson, Heidi Kuzma, and Richard Kaufman, filed a "Joint Objection to Abatement and Motion to Dismiss with Prejudice."

In the motion, the parties stated that they had "settled and agreed to dismiss with prejudice all claims by and between them." The motion therefore requested that the "Court dismiss this appeal." The motion further stated that the parties "agreed that all taxable costs shall be assessed against the party incurring same." *See* TEX. R. APP. P. 42.1(d).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(2), (c). The motion was filed jointly and is signed by counsel for all parties. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the parties' joint motion, reinstate this appeal to the Court's active docket and dismiss the appeal of appellants. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We also dismiss the conditional cross-appeal of LRH Energy

Capital LLC.  We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same.  *See* TEX. R. APP. P. 42.1(d).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.